GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
GERALYN A. GULSETH
Special Assistant United States Attorney
California Bar No. 160872

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8923
Facsimile: (415) 744-0134
E-Mail: Geralyn.Gulseth@ssa.gov

JS-6

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CORI COHAN, | No. CV 09-01626 SS |
| Plaintiff, | |
| v. | [PROPOSED] JUDGMENT OF REMAND |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

DATED: 9/18/09

HON. SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE