ROBERT E. LOWENSTEIN, JR. (SBN 064346)
JANNA K. LOWENSTEIN (SBN 225371)
Robert E. Lowenstein, Jr., A Professional Corporation
    15315 Magnolia Blvd., Suite 402
    Sherman Oaks, CA 91403
    Tel:  (818) 905 6611
    Fax:  (818) 789 1375
    Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORI COHAN | CASE NO. CV 09-1626 (SS) |
|     Plaintiff, | ORDER AWARDING ATTORNEYS FEES UNDER EAJA |
| vs. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | _____ |
|     Defendant | |

    Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorneys fees under EAJA, and good cause appearing therefor

    IT IS HEREBY ORDERED that counsel as assignee of plaintiff  be awarded attorneys fees under EAJA in the amount of $1,467.00 and that said amount be paid to Robert E. Lowenstein, Jr., directly.

Dated: 11/6/09                /S/

                        _____
                        Suzanne Segal
                        U.S. Magistrate Judge